FIELDER et al. v. SESSLER et al.† (Circuit Court of Appeals, Fifth Circuit. March 2, 1909.) No. 1,878. In error to the Circuit Court of the United States for the Eastern District of Texas. John B. Warren and Jno. Hamman, for plaintiffs in error. Stuart R. Smith. Leon Sonfield, and Walter J. Crawford, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the authority of Hooper et al. v. Scheimer, 23 How. 235, 16 L. Ed. 452, Fenn v. Holme, 21 How. 481, 16 L. Ed. 198, Sheirburn v. De Cordova, 24 How. 423, 16 L. Ed. 741, Langdon v. Sherwood, 124 U. S. 83, 8 Sup. Ct. 429, 31 L. Ed. 344, and Johnson v. Christian, 128 U. S. 382, 9 Sup. Ct. 87, 32 L. Ed. 412, the judgment of the Circuit Court is affirmed.

---

In re HOPPER–MORGAN CO. (Circuit Court of Appeals, Second Circuit. January 12, 1909.) No. 130. Appeal from the District Court of the United States for the Northern District of New York. E. M. Schwarzenberg, for appellant. Brown, Carlisle & McCartin, for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The majority of the court concur in the decision of Judge Ray. 156 Fed. 533.

---

MAGNUS & LAUER v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 12, 1909.) No. 116 (4,972). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 160 Fed. 281, affirming a decision by the Board of United States General Appraisers. G. A. 6,614 (T. D. 28,231). Kammerlohr & Duffy (John G. Duffy, of counsel), for importers. J. Osgood Nichols, Asst. U. S. Atty. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decision affirmed, on opinion of Judge Hough.

---

PERCY SUMMER CLUB v. ASTLE et al. (Circuit Court of Appeals, First Circuit. October 6, 1908). No. 682. For former opinion, see 163 Fed. 1.

PER CURIAM. The court having fully considered the petition for rehearing filed by the complainant, appellant, on June 27, 1908, and no judge who concurred in the judgment entered on May 20, 1908, desiring that the case be reargued, it is ordered that the petition for rehearing, filed on June 27, 1908, be and the same is hereby denied, and mandate may issue forthwith.

---

SELBY OIL & GAS CO. et al. v. EASTERN OIL CO. (Circuit Court of Appeals, Eighth Circuit. May 11, 1908.) No. 2,727. Appeal from the United States Court of Appeals in the Indian Territory. Ramsey & Gibson, R. B. Thompson, and Frank Smith, for appellants. George C. Butte, for appellee.

PER CURIAM. Reversed, without costs to either party in this court, per stipulation, and cause remanded to the Supreme Court of the state of Oklahoma forthwith, with directions to enter a decree as provided in said stipulation. See 104 S. W. 804.

---

†Rehearing denied March 30, 1909.